JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY A. MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. EDCV 07-897 RNB<br><br>**J U D G M E N T** |

In accordance with the Order Reversing Decision of Commissioner, and Remanding for Futher Administrative Proceedings, filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: April 18, 2008

　　　　　　　　　　　　　　　　　　/s/ Robert N. Block
　　　　　　　　　　　　　　　　　　ROBERT N. BLOCK
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE